1  BENJAMIN B. WAGNER
   United States Attorney
2  MELANIE L. ALSWORTH
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
4  Fresno, CA 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6

7  Attorneys for Plaintiff
   United States of America

8

FILED

OCT 21 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

9           IN THE UNITED STATES DISTRICT COURT

10              EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,            CASE NO. 1:15-CR-00272 AWI-BAM

13              Plaintiff,                ORDER TO UNSEAL INDICTMENT

14       v.

15  KASPER KASPERIAN, EDMOND
    HORMOZI AND JOSEPH ATTAWAY,
16

17              Defendants.

18
    On October 1, 2015, the indictment was sealed by Order of this Court pursuant to Rule 6(e) of
19
    the Federal Rules of Criminal Procedure. IT IS HEREBY ORDERED that the indictment be unsealed..
20

21  DATED: 10/21/15
22
                                          _____
23                                        Honorable Barbara A. McAuliffe
                                          United States Magistrate Judge
24

25

26

27

28

Motion to Unseal Indictment              2