1  **ANTHONY P. CAPOZZI, CSBN: 068525**
   **LAW OFFICES OF ANTHONY P. CAPOZZI**
2  1233 W. SHAW AVE., SUITE 102
   FRESNO, CALIFORNIA 93711
3  PHONE: (559) 221-0200
   FAX: (559) 221-7997
4  EMAIL: Anthony@capozzilawoffices.com
   www.capozzilawoffices.com
5

6  ATTORNEY FOR Defendant,
   KASPER KASPERIAN
7

8

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11                            * * * * * *

12 | UNITED STATES OF AMERICA,       | Case No.: 1:15-CR-00272-DAD-BAM

13 |           Plaintiff,            | **STIPULATION AND ORDER TO**
                                     | **CONTINUE CHANGE OF PLEA**
14 |      v.                         | **HEARING**

15 |                                 |

16 | KASPER KASPERIAN,               | Date: **April 15, 2019**
                                     | Time: **10:00 a.m.**
17 |           Defendant.            | Courtroom: **5**

18

19        IT IS HEREBY STIPULATED by the parties hereto, through their respective attorneys

20 of record, that the Change of Plea set for April 15, 2019, at 10:00 a.m. be continued to **June 3,**

21 **2019, at 10:00 a.m.**

22        Good cause exists for this request, by both parties, to continue this matter. Counsel needs

23 additional time for continued negotiations.

24        For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et

25 seq., within which trial must commence, the time period of April 15, 2019, through June 3,

26 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it

27 results from a continuance granted by the Court at defendant's request on the basis of the Court's

28 finding that the ends of justice served by taking such action outweigh the best interest

of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: April 11, 2019 By: */s/Melanie L. Alsworth*
MELANIE L. ALSWORTH
Assistant United States Attorney

DATED: April 11, 2019 By: */s/Anthony P. Capozzi*
ANTHONY P. CAPOZZI
Attorney for Defendant KASPER KASPERIAN

## **ORDER**

**IT IS SO ORDERED.** Good cause having been shown, the Change of Plea hearing currently set for April 15, 2019, at 10:00 a.m. is continued to **June 3, 2019, at 10:00 a.m.** Time shall be excluded by stipulation from the parties and pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated: **April 11, 2019**

_____
UNITED STATES DISTRICT JUDGE