1  **ANTHONY P. CAPOZZI, CSBN: 068525**
   **LAW OFFICES OF ANTHONY P. CAPOZZI**
2  1233 W. SHAW AVE., SUITE 102
   FRESNO, CALIFORNIA 93711
3  PHONE: (559) 221-0200
   FAX: (559) 221-7997
4  EMAIL: Anthony@capozzilawoffices.com
   www.capozzilawoffices.com
5

6  ATTORNEY FOR Defendant,
   KASPER KASPERIAN

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KASPER KASPERIAN,<br><br>Defendant. | Case No.: 1:15-CR-00272-DAD-BAM<br><br>*AMENDED* **STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING**<br><br>Date: **June 3, 2019**<br>Time: **10:00 a.m.**<br>Courtroom: **5** |

IT IS HEREBY STIPULATED by the parties hereto, through their respective attorneys of record, that the Change of Plea set for June 3, 2019, at 10:00 a.m. be continued to **August 19, 2019, at 10:00 a.m.**

Good cause exists for this request, by both parties, to continue this matter. Both counsel need additional time to complete the plea agreement.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 3, 2019, through August 19, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest

of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: May 30, 2019           By: */s/Melanie L. Alsworth*
                                  MELANIE L. ALSWORTH
                                  Assistant United States Attorney


DATED: May 30, 2019           By: */s/Anthony P. Capozzi*
                                  ANTHONY P. CAPOZZI
                                  Attorney for Defendant KASPER
                                  KASPERIAN

## **ORDER**

Good cause having been shown, the Change of Plea hearing currently set for June 3, 2019, at 10:00 a.m. is continued to August 19, 2019, at 10:00 a.m. Time shall be excluded by stipulation from the parties and pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated: **May 30, 2019**          _____
                                 UNITED STATES DISTRICT JUDGE