**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
KASPER KASPERIAN

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KASPER KASPERIAN,<br><br>　　　　Defendant. | Case No.: 1:15-CR-00272-DAD-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING**<br><br>Date: **October 15, 2019**<br>Time: **10:00 a.m.**<br>Courtroom: **5** |

　　　IT IS HEREBY STIPULATED by the parties hereto, through their respective attorneys of record, that the Change of Plea set for October 15, 2019, at 10:00 a.m. be continued to **October 28, 2019, at 10:00 a.m.**

　　　Good cause exists for this request, by both parties, to continue this matter. Counsel needs additional time to complete plea negotiations and the plea agreement.

　　　For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 15, 2019, through October 28, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the

best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: October 10, 2019 By: */s/Melanie L. Alsworth*
MELANIE L. ALSWORTH
Assistant United States Attorney

DATED: October 10, 2019 By: */s/Anthony P. Capozzi*
ANTHONY P. CAPOZZI
Attorney for Defendant KASPER KASPERIAN

## **ORDER**

**IT IS SO ORDERED.** Good cause having been shown, the Change of Plea hearing currently set for October 15, 2019, at 10:00 a.m. is continued to **October 28, 2019, at 10:00 a.m.** Time shall be excluded by stipulation from the parties and pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated: **October 10, 2019**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE