**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
KASPER KASPERIAN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KASPER KASPERIAN,<br><br>　　　　Defendant. | Case No.: 1:15-CR-00272 DAD-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING**<br><br>Date: **January 21, 2020**<br>Time: **10:00 a.m.**<br>Courtroom: **5** |

**TO:　THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES ATTORNEY:**

　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the sentencing hearing in the above captioned matter now set for Tuesday, January 21, 2020, at 10:00 a.m. be continued to **Monday, March 16, 2020, at 10:00 a.m.**

　　This request is made by Probation who needs additional time to prepare the Presentence Investigation Report due to a previously scheduled vacation.

IT IS SO STIPULATED.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

| DATED: | December 3, 2019 | By: | */s/ Melanie L. Alsworth* |
| --- | --- | --- | --- |
| | | | MELANIE L. ALSWORTH |
| | | | Assistant United States Attorney |

| DATED: | December 3, 2019 | By: | */s/ Anthony P. Capozzi* |
| --- | --- | --- | --- |
| | | | ANTHONY P. CAPOZZI |
| | | | Attorney for Defendant KASPER KASPERIAN |

### ORDER

Based upon the stipulation of the parties and good cause appearing therefor, it is hereby ORDERED that the date of the sentencing hearing of the defendant in the above-entitled case is continued from Tuesday, January 21, 2020, at 10:00 a.m. to Monday, March 16, 2020, at 10:00 a.m.

IT IS SO ORDERED.

Dated: **December 3, 2019**

_____
UNITED STATES DISTRICT JUDGE