1  **ANTHONY P. CAPOZZI, CSBN: 068525**
   **LAW OFFICES OF ANTHONY P. CAPOZZI**
2  1233 W. SHAW AVE., SUITE 102
   FRESNO, CALIFORNIA 93711
3  PHONE: (559) 221-0200
   FAX: (559) 221-7997
4  EMAIL: Anthony@capozzilawoffices.com
   www.capozzilawoffices.com

6  ATTORNEY FOR Defendant,
   KASPER KASPERIAN

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:15-CR-00272 DAD-BAM |
| Plaintiff, | |
| | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |
| v. | |
| | |
| KASPER KASPERIAN, | Date: **March 16, 2020**<br>Time: **10:00 a.m.**<br>Courtroom: **5** |
| Defendant. | |

**TO:   THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES ATTORNEY:**

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the sentencing hearing in the above captioned matter now set for Monday, March 16, 2020, at 10:00 a.m. be continued to **Monday, May 4, 2020, at 10:00 a.m.**

Defendant requests the continuance so that he may assist and support his wife and in-laws throughout his father-in-law's hospitalization. Defendant's father-in-law was admitted to the Modesto Memorial Medical Center on February 8, 2020, in serious condition with a very poor prognosis wherein hospice has been prescribed.

IT IS SO STIPULATED.

                                    Respectfully submitted,

DATED: February 11, 2020    By:  */s/ Melanie L. Alsworth*
                                    MELANIE L. ALSWORTH
                                    Assistant United States Attorney

DATED: February 11, 2020    By:  */s/ Anthony P. Capozzi*
                                      ANTHONY P. CAPOZZI
                                    Attorney for Defendant KASPER KASPERIAN

## **ORDER**

Based upon the stipulation of the parties and good cause appearing therefor, it is hereby ORDERED that the date of the sentencing hearing of the defendant in the above-entitled case is continued from Monday, March 16, 2020, at 10:00 a.m. to Monday, May 4, 2020, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **February 12, 2020**                                                               *Dale A. Drozd*
                                                                                 UNITED STATES DISTRICT JUDGE