1  **ANTHONY P. CAPOZZI, CSBN: 068525**
   **LAW OFFICES OF ANTHONY P. CAPOZZI**
2  1233 W. SHAW AVE., SUITE 102
   FRESNO, CALIFORNIA 93711
3  PHONE: (559) 221-0200
   FAX: (559) 221-7997
4  EMAIL: Anthony@capozzilawoffices.com
   www.capozzilawoffices.com
5

6  ATTORNEY FOR Defendant,
   KASPER KASPERIAN

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| UNITED STATES OF AMERICA, | Case No.: 1:15-CR-00272 DAD-BAM |
|---|---|
| Plaintiff, | |
| | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |
| v. | |
| | Date: **May 4, 2020** |
| KASPER KASPERIAN, | Time: **10:00 a.m.** |
| Defendant. | Courtroom: **5** |

**TO: THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES ATTORNEY:**

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the sentencing hearing in the above captioned matter now set for Monday, May 4, 2020, at 10:00 a.m. be continued to **Monday, June 22, 2020, at 10:00 a.m.**

Defense counsel requests additional time to complete further investigation and witness interviews before filing formal objections to the Presentence Investigation Report.

///

///

IT IS SO STIPULATED.

Respectfully submitted,

DATED: April 13, 2020   By: */s/ Melanie L. Alsworth*
MELANIE L. ALSWORTH
Assistant United States Attorney

DATED: April 13, 2020   By: */s/ Anthony P. Capozzi*
ANTHONY P. CAPOZZI
Attorney for Defendant KASPER KASPERIAN

**ORDER**

Based upon the stipulation of the parties and good cause appearing therefor, it is hereby ORDERED that the date of the sentencing hearing of the defendant in the above-entitled case is continued from Monday, May 4, 2020, at 10:00 a.m. to Monday, June 22, 2020, at 10:00 a.m. in Courtroom 5 with formal objections being due on Monday, June 8, 2020.

IT IS SO ORDERED.

Dated: **April 14, 2020**

UNITED STATES DISTRICT JUDGE