**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
KASPER KASPERIAN

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:15-CR-00272-1-DAD-BAM |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO MODIFY CONDITIONS OF RELEASE** |
| KASPER KASPERIAN, | |
| Defendant. | |

**TO:   THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES ATTORNEY:**

It is hereby stipulated between the United States of America, by and through its representative, Melanie Alsworth and the Defendant, Kasper Kasperian, by and through his attorney of record, Anthony P. Capozzi, that release condition #6 imposed on Mr. Kasperian on October 15, 2015 (docket #27), which placed the Defendant in the custody of his sister, Eva Kasperian, who agreed to supervise and notify the court in the event the Defendant violates any of his conditions of release; be modified to show that Mr. Kasperian is no longer required to have a third-party custodian.  Mr. Kasperian has remained in compliance with his conditions of release and maintains regular contact with the Pretrial Services Office.

All other conditions shall remain in full force and effect.

Defense counsel has spoken with pretrial services and the government and there is no

1  objection to this modification.

2  **IT IS SO STIPULATED**.

Respectfully submitted,

DATED: March 2, 2021      By: /s/Melanie L. Alsworth
MELANIE L. ALSWORTH
Assistant United States Attorney


DATED: March 2, 2021      By: /s/Anthony P. Capozzi
ANTHONY P. CAPOZZI
Attorney for Defendant KASPER KASPERIAN


## ORDER

IT IS HEREBY ORDERED, the court having received, read, and considered the parties' stipulation, that release condition #6 imposed on Mr. Kasperian on October 15, 2015 (docket #27), which required a third-party custodian, is hereby modified to show that Mr. Kasperian is no longer required to have a third-party custodian.

All other conditions shall remain in full force and effect.

IT IS SO ORDERED.

Dated: **March 4, 2021**        /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE