ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone: (559) 221-0200
Facsimile: (559) 221-7997
E-Mail: Anthony@ capozzilawoffices.com
www;capozzilawoffices.com

Attorney for Defendant,
KASPER KASPERIAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\*\*\*\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA. | CASE NO.: 1:15-CR-00272-1 DAD-BAM |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |
| v. | Date; June 21, 2021 |
| KASPER KASPERIAN, | Time: 9:00 a.m. |
| Defendant. | Courtroom: 5 |

TO THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES ATTORNEY:

This case is set for sentencing on June 21, 2021. On May 13, 2021, this court issued General Order 618, supplementing prior orders issued on March 12, 17, 18, 30, and April 17, 2020, addressing COVID-19 and the attendant public health advisories. This court declared a judicial emergency on April 9, 2020, pursuant to 18 U.S.C. § 3174, and the Ninth Circuit Judicial Council's Order of April 16, 2020, continuing this court's judicial emergency for an additional one-year period and suspending the time limits of 18 U.S.C. § 3161(c) until May 2, 2021.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on June 21, 2021.
2. By this stipulation, defendant now moves to continue the sentence until October 12, 2021.
3. The parties agree and stipulate, and request that the Court find the following:
   a) The government does not object to the continuance.
   b) In addition to the public health concerns cited by General Orders 611 and presented by the evolving COVID-19 pandemic, an ends-of-justice delay is particularly apt in this case because:
      (i) The defendant does not consent to proceed using videoconferencing (or telephone conferencing if videoconferencing is not reasonable available) pursuant to General Orders 614, 620 and 624.

IT IS SO STIPULATED.

DATED: June 4, 2021, BY: */s/ Melanie L. Alsworth*_____

MELANIE L. ALSWORTH
Assistant United States Attorney

DATED: June 4, 2021, BY: */s/ Anthony P. Capozzi*_____

ANTHONY P. CAPOZZI, Attorney for
PATRICK MALDONADO

# ORDER

Upon the stipulation of the parties, the Sentencing Hearing in this action is continued from June 21, 2021, to October 12, 2021, at 10:00 a.m. before District Judge Dale A. Drozd. No further continuances of the sentencing will be granted absent a compelling showing of good cause.

IT IS SO ORDERED.

Dated: **June 8, 2021**

UNITED STATES DISTRICT JUDGE