ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:     (559) 221-0200
Facsimile:      (559) 221-7997
E-Mail:          Anthony@ capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
KASPER KASPERIAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\*\*\*\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA. ) | CASE NO. 1:15-CR-00272 DAD-BAM |
| Plaintiff, ) | |
| v. ) | **PROPOSED ORDER SEALING DOCUMENTS KASPER KASPERIAN MEDICAL RECORDS (EXHIBIT A)** |
| KASPER KASPERIAN, ) | |
| Defendant. ) | |

Pursuant to Local Rule 141(b) and based upon the representation contained in the Defendant's Notice and Request to Seal, **IT IS HEREBY ORDERED** that the Defendant's Exhibit A, consisting of Defendant, Kasper Kasperian medical records shall be **SEALED** until further order of this Court.

It is further ordered that electronic access to the sealed documents shall be limited to the United States and counsel for the defendant.

IT IS SO ORDERED.

Dated:  **September 10, 2021**                             _Dale A. Drozd_
                                                                                UNITED STATES DISTRICT JUDGE

- 1 -