ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:     (559) 221-0200
Facsimile:     (559) 221-7997
E-Mail:        Anthony@ capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
KASPER KASPERIAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

******

| | |
|---|---|
| UNITED STATES OF AMERICA. | CASE NO.: 1:15-CR-00272-1 DAD-BAM |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |
| v. | Date:      February 14, 2022 |
| KASPER KASPERIAN, | Time:      10:00 am |
| Defendant. | Courtroom: 5 |

TO THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES ATTORNEY:

This case is set for sentencing on February 14, 2022. On May 13, 2021, this court issued General Order 618, supplementing prior orders issued on March 12, 17, 18, 30, and April 17, 2020, addressing COVID-19 and the attendant public health advisories. This court declared a judicial emergency on April 9, 2020, pursuant to 18 U.S.C. § 3174, and the Ninth Circuit Judicial Council's Order of April 16, 2020, continuing this court's judicial emergency for an additional one-year period and suspending the time limits of 18 U.S.C. § 3161(c) until May 2, 2021.

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing February 14, 2022.
2. By this stipulation, defendant now moves to continue the sentence until May 23, 222.
3. The parties agree and stipulate, and request that the Court find the following:
   a) The government does not object to the continuance.
   b) In addition to the public health concerns cited by General Orders 611 and presented by the evolving COVID-19 pandemic, an ends-of-justice delay is particularly apt in this case because:
      (i) The defendant does not consent to proceed using videoconferencing (or telephone conferencing if videoconferencing is not reasonable available) pursuant to General Orders 614, 620 and 624.
      (ii) The Defendant's wife is to undergo heart surgery on April 13, 2022, and will be traveling to Santa Clara, California with his wife for the surgery.

**IT IS SO STIPULATED**.

DATED:   January 27, 2022,          BY: */s/ Stephanie Stokman*_____
                                    STEPHANIE STOKMAN
                                    Assistant United States Attorney

DATED:   January 27, 2022,          BY: */s/ Anthony P. Capozzi*_____
                                    ANTHONY P. CAPOZZI, Attorney for
                                    Kasper Kasperian

**ORDER**

Pursuant to the stipulation of the parties, the Sentencing Hearing is continued from February 14, 2022, to May 23, 2022 at 8:30 a.m.  No further continuances of this matter will be entertained by the court absent a compelling showing of good cause.

IT IS SO ORDERED.

Dated:  **January 28, 2022**  

_____
UNITED STATES DISTRICT JUDGE