ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:     (559) 221-0200
Facsimile:      (559) 221-7997
E-Mail:          Anthony@ capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
KASPER KASPERIAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\*\*\*\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA.<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>KASPER KASPERIAN,<br><br>　　　　　　Defendant. | CASE NO.:  1:15-CR-00272 ADA-BAM<br><br>**STIPULATION TO CONTINUE SENTENCE DATE OF FEBRUARY 21, 2023, AND ORDER** |

TO THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES

ATTORNEY:

　　　Defendant, Kasper Kasperian by and through her Attorney, Anthony P. Capozzi and on behalf of the United States, Stephanie M. Stokman stipulate to continue the sentencing date of February 21, 2023, to May 22, 2023.


Dated: February 3, 2023,　　　　　　　　By:  _/s/ Anthony P. Capozzi_____
　　　　　　　　　　　　　　　　　　　　ANTHONY P. CAPOZZI, Attorney for
　　　　　　　　　　　　　　　　　　　　BRITTANY MARTINEZ

Dated: February 3, 2023,               PHILLIP A. TALBERT
                                       United States Attorney

                                       By: _/s/ Stephanie M. Stokman_____
                                       STEPHANIE M. STOKMAN
                                       Assistant United States Attorney

**ORDER**

Based upon the Stipulation of the parties, it is hereby ordered that the sentencing date of February 21, 2023, be continued to May 22, 2023.

IT IS SO ORDERED.

Dated:   February 5, 2023                    _____
                                             UNITED STATES DISTRICT JUDGE