ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:     (559) 221-0200
Facsimile:     (559) 221-7997
E-Mail:        Anthony@ capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
KASPER KASPERIAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

******

| UNITED STATES OF AMERICA. | ) | CASE NO.:  1:15-CR-00272 ADA-BAM |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION TO CONTINUE SENTENCE DATE OF JUNE 5, 2023, AND ORDER** |
| KASPER KASPERIAN, | ) | |
| Defendant. | ) | |

TO THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES ATTORNEY:

    Defendant, Kasper Kasperian by and through his Attorney, Anthony P. Capozzi and on behalf of the United States, Stephanie M. Stokman stipulate to continue the sentencing date of June 5, 2023, to June 12, 2023.

Dated: May 17, 2023,              By: /s/ *Anthony P. Capozzi*_____
                                                   ANTHONY P. CAPOZZI, Attorney for
                                                   Kasper Kasperian

Dated: May 17, 2023,          PHILLIP A. TALBERT
                              United States Attorney

                              By: */s/ Stephanie M. Stokman*
                              STEPHANIE M. STOKMAN
                              Assistant United States Attorney

## ORDER

    Based upon the Stipulation of the parties, it is hereby ordered that the sentencing date of June 5, 2023, be continued to June 12, 2023.

IT IS SO ORDERED.

    Dated:  May 19, 2023

UNITED STATES DISTRICT JUDGE