ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:    (559) 221-0200
Facsimile:    (559) 221-7997
E-Mail:       Anthony@ capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
KASPER KASPERIAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

******

| | |
|---|---|
| UNITED STATES OF AMERICA. ) | CASE NO.: 1:15-CR-00272 ADA-BAM |
| Plaintiff, ) | |
| ) | **STIPULATION TO CONTINUE** |
| v. ) | **SENTENCE DATE OF JUNE 12, 2023,** |
| ) | **AND PROPOSED ORDER** |
| KASPER KASPERIAN, ) | |
| Defendant. ) | |

TO THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES ATTORNEY:

    Defendant, Kasper Kasperian by and through his Attorney, Anthony P. Capozzi and on behalf of the United States, Stephanie M. Stokman stipulate to continue the sentencing date of June 12, 2023, to July 10, 2023, because the defense needs additional time to gather information for sentencing.

Dated: June 8, 2023,        By: /*s/ Anthony P. Capozzi*_____
                                  ANTHONY P. CAPOZZI, Attorney for
                                  Kasper Kasperian

Dated: June 8, 2023,        PHILLIP A. TALBERT
                              United States Attorney

                              By: /*s/ Kimberly A. Sanchez*_____
                              KIMBERLY A. SANCHEZ
                              Assistant United States Attorney

**ORDER**

Based upon the Stipulation of the parties, it is hereby ordered that the sentencing date of June 12, 2023, be continued to July 10, 2023

IT IS SO ORDERED.

Dated:   June 8, 2023                                    _____
                                                                              UNITED STATES DISTRICT JUDGE