ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:   (559) 221-0200
Facsimile:   (559) 221-7997
E-Mail:      Anthony@ capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
KASPER KASPERIAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

******

| | |
|---|---|
| UNITED STATES OF AMERICA. ) | CASE NO.: 1:15-CR-00272-ADA-BAM |
| ) | |
| Plaintiff, ) | **NOTICE OF REQUEST TO** |
| v. ) | **SEAL DOCUMENTS** |
| ) | **&** |
| KASPER KASPERIAN, ) | **ORDER** |
| ) | |
| Defendant. ) | |

TO ALL PARTIES AND THEIR ATTORNEY'S OF RECORD:

**NOTICE IS HEREBY GIVEN** that pursuant to Local Rule 141, Local Rules of the United States District Court for the Eastern District of California, Anthony P. Capozzi, as attorney for defendant, Kasper Kasperian, has submitted to the Court a Request to Seal Documents, requesting the Court Order the Sentencing Memorandum and Exhibits 1-7 of Kasper Kasperian, to be filed **UNDER SEAL**.

Respectfully submitted,

Dated: June 30, 2023,        By:    */s/ Anthony P. Capozzi*_____
                                    ANTHONY P. CAPOZZI, Attorney for
                                    KASPER KASPERIAN

**ORDER**

The Court has considered the factors set forth in Oregonian Publishing Co. V. U.S. District Court for the District of Oregon, 920 F.2d 1468 (9th Cir. 1990). The Court finds that, for the reasons stated in defendant's absence of closure, the compelling personal interest identified by the defendant would be harmed.  In light of the public filing of its Notice to Seal, the Court further finds that there are no additional alternatives to sealing the Sentencing Memorandum and Exhibits 1-7, that would adequately protect the compelling interest identified by defendant.

IT IS SO ORDERED.

Dated:   July 10, 2023

UNITED STATES DISTRICT JUDGE