ANTHONY P. CAPOZZI, SBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 WEST SHAW AVENUE, SUITE 102
FRESNO, CALIFORNIA 93711
Telephone:  (559) 221-0200
Facsimile:  (559) 221-7997
E-Mail:  anthony@capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
KASPER KASPERIAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

******

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KASPER KASPERIAN,<br><br>Defendant. | CASE NO.: 1:15-CR-00272-DAD-BAM<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF ANTHONY P. CAPOZZI AS ATTORNEY OF RECORD; AND ORDER** |

On October 1, 2019, Defendant KASPER KASPERIAN was indicted on federal charges. CJA Panel Attorney, Anthony P. Capozzi was appointed as trial counsel to represent Mr. Kasperian on October 16, 2015 in his criminal case. Mr. Kasperian was sentenced pursuant to a plea agreement on July 10, 2023. The time for filing a direct appeal was fourteen days after sentencing. A direct appeal was filed. Mr. Kasperian self-surrendered to the Probation Office located in Modesto, California on July 13, 2023. The trial phase of Mr. Kasperian's criminal case has, therefore, come to an end. Having completed his representation of Mr. Kasperian, CJA attorney, Anthony P. Capozzi now moves to terminate his appointment under the Criminal Justice Act.

Should Mr. Kasperian require further legal assistance, he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-

free), which if appropriate, will arrange for the re-appointment of counsel to assist him.

Respectfully submitted,

DATED:  February 12, 2026          By: */s/ Anthony P. Capozzi*          .
ANTHONY P. CAPOZZI, Attorney for
KASPER KASPERIAN

## ORDER

Having reviewed the notice and found that attorney Anthony P. Capozzi has completed the services for which he was appointed, the Court hereby grants attorney Anthony P. Capozzi's request for leave to withdraw as defense counsel in this matter.[1]  Should Defendant seek further legal assistance, Defendant is advised to contact the Federal Defender of the Eastern District of California at 2300 Tulare Street, Suite 300, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Mr. Kasperian.

The Clerk of Court is directed to serve a copy of this order on Defendant Kasper Kasperian at the following address and to update the docket to reflect Defendant's pro se status and contact information.

KASPER KASPERIAN
4216 Blake Drive
Modesto, CA 95356

IT IS SO ORDERED.

Dated:  **February 13, 2026**          _____
                                        DALE A. DROZD
                                        UNITED STATES DISTRICT JUDGE

---

[1]  The court notes that in an apparent typographical error, counsel's motion states that "[a] direct appeal was filed" by defendant Kasperian.  The docket reflects no notice of appeal having been filed on this defendant's behalf.