HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
KASPER KASPERIAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>KASPER KASPERIAN,<br>Defendant. | Case No. 1:15-cr-00272-DAD-1<br><br>ORDER GRANTING MOTION FOR EARLY TERMINATION OF PROBATION |

The defendant's unopposed motion for early termination of probation is GRANTED. Pursuant to 18 U.S.C. § 3564(c), the Court hereby terminates Defendant Kasper Kasperian's term of probation, effective immediately.

IT IS SO ORDERED.

Dated: **August 24, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE